ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Oscar Gonzalez de Llano
Special Assistant United States Attorney
    Social Security Administration
    Program Litigation 1
    Law & Policy
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (510) 970-4818
    Email: Oscar.Gonzalez@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE WILLIAM THOMPSON, JR., <br><br>Plaintiff, <br><br>v. <br><br>COMMISSIONER OF SOCIAL SECURITY, <br><br>Defendant. | Civil No. 2:25-cv-02587-CKD <br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

      The parties stipulate through counsel that Defendant, the Commissioner of Social Security (the "Commissioner"), shall have an extension of time to respond to Plaintiff's Complaint in this case. In support of this request, the Commissioner respectfully states as follows:

      1.    Defendant's response to Plaintiff's Complaint is due currently November 18, 2025. Defendant has not previously requested an extension of this deadline.

      2.    At the end of the day on September 30, 2025, the appropriations that were funding the Department of Justice expired and appropriations to the Department lapsed. The same was true for most Executive agencies, including federal defendant Social Security Administration (SSA). Funding was restored by Congress on November 12, 2025.

      3.    Although the undersigned counsel and all staff are back working on Social Security cases as of November 13, 2025, the undersigned counsel has many remaining backlogs regarding obtaining,

reviewing and filing eCARs and other pressing deadlines resulting from the lapse in funding. We are currently working with our previously furloughed staff in order to work through the backlog.

    4.    Given this situation Defendant requests an extension of 30 days to respond to Plaintiff's Complaint.

    5.    Counsel for the Commissioner has consulted with Plaintiff's counsel who advised that they have no objections.

    6.    This request is made in good faith and is not intended to delay the proceedings in this matter.

WHEREFORE, Defendant requests until December 18, 2025, respond to Plaintiff's Complaint.

Respectfully submitted,

Date: November 17, 2025

By: *s/ Melissa A. Palmer*
Melissa A. Palmer
Olinsky Law Group
Attorney for Plaintiff
(*as authorized by email)

Date: November 17, 2025

ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1

By: *s/ Oscar Gonzalez de Llano*
OSCAR GONZALEZ de LLANO
Special Assistant United States Attorney
Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

Dated: November 17, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE