Melissa A. Palmer (State Bar No. 357767)
Olinsky Law Group
250 S. Clinton Street, Suite 210
Syracuse, New York 13202
t. 315.701.5780
f: 315.701.5781
e: mpalmer@windisability.com
Attorney for Plaintiff, Lawrence William Thompson, Jr.

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

LAWRENCE WILLIAM THOMPSON, JR.,

      PLAINTIFF,

          No. 2:25-cv-02587-CKD

-v-

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.
-----------------------------------------------------------

Before the court is plaintiff's motion for an extension of time.  (ECF No. 11.) Plaintiff indicates that defendant has been contacted and has no objection to the requested extension.  Good cause appearing, IT IS HEREBY ORDERED THAT:

1. Plaintiff's motion for extension of time (ECF No. 11) is GRANTED; and

2. Plaintiff has until March 17, 2026, to file his Opening Brief.  Defendant's deadline to file his responsive brief is extended to April 16, 2026.  Plaintiff's deadline to file a reply brief, if any, is extended to April 30, 2026.

Dated:  January 15, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE